**Order filed, April 14, 2015.**



In The

# Court of Appeals
## For The
# First District of Texas

_____

## NO. 01-15-00210-CV

**FRANCISCO  CALLEJA-AHEDO, Appellant**

**V.**

**COMPASS BANK, Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Case 2014-22168**

---

## ORDER

The reporter's record in this case was due April 7, 2015.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Wilburn, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Evelyn Keyes

Acting individually